UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KEVIN TORRES,

Supervisee.

No. 12-cr-322 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on July 29, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time Supervisee will be presented on the alleged violations of supervised release included in the Probation Office's report dated July 10, 2024.

SO ORDERED.

Dated:     July 17, 2024
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation