UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>KEVIN TORRES,<br><br>                Supervisee. | No. 12-cr-322 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a VOSR conference on October 24, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    September 19, 2024
               New York, New York

                                            _____
                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation