**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

November 13, 2024

The Honorable Richard J. Sullivan
Visiting United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. Kevin Torres
      12 Cr. 322 (RJS)

Dear Judge Sullivan:

Defendant Kevin Torres's ("Torres") sentencing submission is due on November 18, 2024. The defense is still in the process of gathering documents and information necessary for the preparation of its submission. Additionally, I will be travelling this weekend. For these reasons, Torres respectfully requests a one day extension of the submission due date to November 19, 2024. The government, by Assistant United States Attorney Daniel Roque, consents to this application and respectfully requests that its due date be extended by one day should the defense's application be granted.

Thank you for Your Honor's consideration of these requests.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Daniel Roque (by ECF)

---

The request is GRANTED. IT IS HEREBY ORDERED THAT Mr. Torres shall file his sentencing submission by Tuesday, November 19, 2024, and that the government shall file its sentencing submission by Tuesday, November 26, 2024. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 740.

SO ORDERED.
Dated: November 13, 2024
       New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation