UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

KEVIN TORRES,

Supervisee.

No. 12-cr-322 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on December 17, 2025, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time Supervisee will be presented on the alleged violations of supervised release included in the Probation Office's report dated December 8, 2025.

SO ORDERED.

Dated:     December 15, 2025
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation