UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 12-cr-322 (RJS) |
| | ORDER |
| KEVIN TORRES, | |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the U.S. Marshals Service and the Bureau of Prisons for violating the conditions of his supervised release as set forth in Probation's Violation Report dated December 8, 2025.

SO ORDERED.

Dated:        December 17, 2025
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation