UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KEVIN TORRES,

Supervisee.

No. 12-cr-322 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on May 11, 2026, at 2:00 p.m. in Courtroom 23B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for a conference on the alleged violations of supervised release included in the Probation Office's Violation Report dated December 8, 2025.

SO ORDERED.

Dated:      May 4, 2026
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation