UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KEVIN TORRES,

Supervisee.

No. 12-cr-322 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on August 11, 2026, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time the parties anticipate that Supervisee will admit to one or more of the alleged violations of supervised release included in the Probation Office's Violation Report dated December 8, 2025.

SO ORDERED.

Dated: July 7, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation